IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



**FILED**

OCT 2 5 2018

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL FRANKLIN STANTON,<br><br>Defendant. | CR 18-31-M-DLC<br><br><br>FINDINGS &<br>RECOMMENDATION<br>CONCERNING PLEA |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P.

11 and has entered a plea of guilty to one count of bank fraud in violation of 18

U.S.C. § 1344(2) as set forth in Count 8 of the Indictment. In exchange for

Defendant's plea, the United States has agreed to dismiss Counts 1 and 14, and the

forfeiture allegation in the Indictment.

After examining the Defendant under oath, I have made the following

determinations:

1.    That the Defendant is fully competent and capable of entering an

informed and voluntary plea,

2.    That the Defendant is aware of the nature of the charge against him and

consequences of pleading guilty to the charge,

3.    That the Defendant fully understands his constitutional rights, and the

1

extent to which he is waiving those rights by pleading guilty, and

4.    That the plea of guilty is a knowing and voluntary plea, supported by an independent basis in fact sufficient to prove each of the essential elements of the offense charged.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty of Count 8 of the Indictment, and that sentence be imposed. I further recommend that Counts 1 and 14, and the forfeiture allegation in the Indictment be dismissed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report**.

DATED this 25th day of October, 2018.

Jeremiah C. Lynch
United States Magistrate Judge

2