IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–31–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| PAUL FRANKLIN STANTON, | |
| Defendant. | |

Before the Court is the United States' Motion to Allow Expert Testimony Via Video (Doc. 220). The United States' expert, Dr. Leo J. Kadehjian, is a biomedical consultant at Biomedical Consulting in Palo Alto, California. Although Defendant has not been heard on this issue, the Court sees no reason to deny the Government's request. Accordingly,

IT IS ORDERED that the United States' Motion (Doc. 220) is GRANTED. The United States shall make all necessary arrangements to facilitate the video testimony with this Court's systems staff in Missoula, Montana.

DATED this 26th day of April, 2019.

Dana L. Christensen, Chief Judge
United States District Court