IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–31–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| PAUL FRANKLIN STANTON, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 32(j)(1)(B), the Court hereby advises Defendant of his right to appeal the sentence of revocation issued today. Defendant has 14 days within which to do so.

DATED this 3rd day of May, 2019.

Dana L. Christensen, Chief District Judge
United States District Court

1